**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

IN THE MATTER OF THE ARBITRATION BETWEEN:

FARMERS HOME MUTUAL INSURANCE COMPANY, et al.

Petitioners,

v.

AXA CORPORATE SOLUTIONS REINSURANCE COMPANY

Respondent.

Civil 01-213 (JRT/FLN)

**ORDER OF REFERENCE**

Richard P. Mahoney, MAHONEY, DOUGHERTY and MAHONEY, 801 Park Avenue, Minneapolis, MN 55404, for petitioners.

Timothy W. Waldeck, WALDECK & LIND, 121 South Eighth Street, Suite 730, Minneapolis, MN 55402, for respondent.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that petitioners' motion to compel respondent to comply with the arbitration agreement [Docket No. 1] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Petitioner is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: March 27, 2001
at Minneapolis, Minnesota

John R. Tunheim
JOHN R. TUNHEIM
United States District Judge

FILED MAR 27 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________