# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Farmers Home Mutual Insurance Company,
Gopher State Mutual Insurance Company, Western
Home Insurance Company and Pioneer Insurance Company

Case No. Civil 01-213JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Axa Corporate Solutions Reinsurance Companyu

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petitioners' motion to compel respondent to comply with the arbitration agreement is **GRANTED**.

DATE: September 6, 2001

FRANCIS E. DOSAL, CLERK

Denise LaFond, Deputy Clerk